1  NICHOLAS F. REYES, #102114
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 486-4500
   Facsimile:   (559) 486-4533
4
   Attorney for Defendant
5  **LAURA BELTRAN AYALA**

6

7  McGREGOR W. SCOTT
   United States Attorney
   KIMBERLY A. KELLY
8  Assistant U.S. Attorney
   3654 Federal Building
9  1130 "O" Street, Room
   Fresno, California 93721
10 Telephone: (559) 498-7272

11 **Attorney for
   UNITED STATES OF AMERICA**
12

13
                    UNITED STATES DISTRICT COURT
14
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
15

16 UNITED STATES OF AMERICA      )    **CASE NO. CR-F-04-5268-OWW**
                                 )
17                               )    **STIPULATION RE: RELEASE**
              Plaintiff,         )    **OF DEFENDANT**
18                               )
       v.                        )
19                               )
   LAURA BELTRAN AYALA,          )
20                               )
              Defendant.         )
21 _____)

22
       Defendant LAURA BELTRAN AYALA, by and through her counsel of record,
23
   NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through
24
   its counsel of record, KIM KELLEY, Assistant United States Attorney for the Eastern
25
   District of California, hereby stipulate and agree that Ms. Laura Beltran Ayala shall be
26
   released from custody forthwith.  Defendant, Laura Beltran Ayala, is further ordered to
27
   appear for sentencing on October 3, 2005 at 1:30 p.m. before the Honorable Judge Wanger
28

1 | **IT IS SO STIPULATED**

Respectfully submitted,

Dated: 09-06-05                                         /s/ Nicholas F. Reyes
                                                        NICHOLAS F. REYES
                                                        Attorney for Defendant
                                                        LAURA BELTRAN AYALA

**IT IS SO STIPULATED**

Dated: 09-06-05                                         /s/ Kim Kelly
                                                        KIM KELLY
                                                        Assistant U.S. Attorney

**IT IS SO ORDERED**


Dated: _September 7, 2005                               /s/ OLIVER W. WANGER_____

                                                        OLIVER W. WANGER